## THE WESTERN UNION TELEGRAPH COMPANY,
### A CORPORATION,

#### vs.

## THE VICTOR G. BLOEDE COMPANY, A CORPORATION.

### *Mistake in telegram delivered: damages.*

By mistake, a telegraph company made the offer, to deliver certain goods ordered, read at a lower figure than the one written in the message it had been given to transmit; the offer so delivered was accepted, but in general terms which did not disclose the error in the telegram on which the acceptance was based; the sender of the telegram began to make up the goods at a time when he claimed he had not known of the error, although at the time of the *actual sending* of the goods it appeared that the sender of the telegram had learned of the error; in a suit brought by the sender against the telegraph company, for the difference of price between the erroneous price stated in the telegram, and the price the sender had written in the message, it was *held,* that an instruction was correct which instructed the jury that if it found that at the time of receiving notice of the error the plaintiff had not actually commenced the execution of the contract in any manner calculated to cause injury if not proceeded with, then the verdict for the plaintiff should not exceed the amount expended by him for the sending of the telegram.

*Decided November 15th, 1917.*

Appeal from the Court of Common Pleas of Baltimore City. (STUMP, J.)

The cause was argued before BOYD, C. J., BRISCOE, BURKE. THOMAS and URNER, JJ.

*W. Irvine Cross,* for the appellant.

*John R. M. Staum* and *W. W. Parker,* for the appellee.

The facts of the case are stated in a former appeal, reported in 127 Md. 344.

Judgment of the lower Court was affirmed in an opinion by URNER, J.